**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TERRELL D. JOHNSON,<br><br>        Plaintiff,<br><br>        v.<br><br>LOS ANGELES POLICE<br>DEPARTMENT et al.,<br><br>        Defendants. | Case No. CV 15-7296-BRO (JPR)<br><br>**J U D G M E N T** |

    Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

    IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: March 3, 2016

_____
BEVERLY REID O'CONNELL
U.S. DISTRICT JUDGE